UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                      Case No. 21-20675

v.                                              Honorable Nancy G. Edmunds

WILLIAM HAYWARD,

        Defendant.
_____/

**ORDER DENYING DEFENDANT'S PETITION FOR
EARLY TERMINATION OF SUPERVISED RELEASE [42]**

On June 16, 2022, Defendant William Hayward pled guilty to transmitting threats of violence through interstate commerce in violation of 18 U.S.C. § 875(c). (ECF No. 32.) Specifically, Defendant's threats were directed towards two Social Security Administration employees. On September 28, 2022, this Court sentenced Defendant to six months imprisonment to be followed by three years of supervised release. (ECF No. 41.) Defendant was released from prison and began his term of supervised release on April 25, 2023. He now moves this Court, through counsel, for early termination of supervision. (ECF No. 42.)

Defendant asserts in his motion that he is facing significant challenges in complying with the multiple conditions of his supervision given that he is homeless, has little to no income, has a history of mental health issues, and because he has no local support system. Defendant further states that obtaining necessary benefits through the local Social Security Administration has been unduly burdensome due to the circumstances that led to his incarceration in this case and the resulting hostility from local Social Security Administration employees. Consequently, Defendant continues to require

1

an extensive amount of assistance from both the Federal Defenders Office and the U.S. Probation Department. Defendant contends that terminating his supervision would enable him to pursue a more stable living environment in Virginia, where he has a long-time girlfriend, and where he could seek assistance from the Social Security Administration in a less hostile environment.

Eighteen U.S.C. § 3583(e)(1) permits the Court to terminate a term of supervised release "at any time after the expiration of one year of supervised release" if the conduct of the defendant and interests of justice warrant such action. Here, Defendant has been under supervision for slightly less than two months so he is not yet eligible for termination of supervision even if the Court were inclined to grant the relief he requests. Defendant's Petition for Early Termination of Supervised Release (ECF No. 42) is **DENIED** on this basis. If Defendant wishes to transfer his supervision to another jurisdiction, he should discuss this with the Probation Department.

**SO ORDERED**.

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated: June 20, 2023

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 20, 2023, by electronic and/or ordinary mail.

s/Lisa Bartlett
Case Manager